# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DESHON MUSE

VERSUS

LOUISIANA MACHINERY COMPANY,
LLC, COMMAND CONSTRUCTION,
LLC, AGCS MARINE INSURANCE
COMPANY, JAMES N. LOCKHART,
BAGA TRANSPORT, INC.,
NATIONAL INTERSTATE INSURANCE
COMPANY AND BALVINDER S.
WIRRING

NO. 2019 CW 1641

PAGE 1 OF 2

CONSOLIDATED WITH

JAMES BRADLEY BEDDINGFIELD,
INDIVIDUALLY AND ON BEHALF OF
OAKLEIGH RAYE BEDDINGFIELD

VERSUS

LOUISIANA MACHINERY COMPANY,
LLC, COMMAND CONSTRUCTION,
LLC, AGCS MARINE INSURANCE
COMPANY, JAMES N. LOCKHART,
BAGA TRANSPORT, INC.,
NATIONAL INTERSTATE INSURANCE
COMPANY AND BALVINDER S.
WIRRING

CONSOLIDATED WITH

DERRICK UNDRAY JACOBS

VERSUS

LOUISIANA MACHINERY COMPANY,
LLC, COMMAND CONSTRUCTION,
LLC, AGCS MARINE INSURANCE
COMPANY, JAMES N. LOCKHART,
BAGA TRANSPORT, INC.,
NATIONAL INTERSTATE INSURANCE
COMPANY AND BALVINDER S.
WIRRING

**FEBRUARY 27, 2020**

---

In Re:   Command   Construction   Industries,   LLC,   The   Gray
Insurance Company, and James M. Lockhart, applying for
supervisory   writs,   21st   Judicial   District   Court,
Parish of Tangipahoa, No. 20170002123 c/w 20170001930
c/w 20170001748.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.

**WRIT GRANTED WITH ORDER.** The district court's November 4, 2019 judgment granting the motion to strike jury trial filed by plaintiffs, Derrick Undray Jacobs, James Bradley Beddingfield, individually and on behalf of Oakleigh Raye Beddingfield, and Deshon Muse, and denying the motion to correct record and transfer and repost the jury bond filed by defendants, Command Construction Industries, LLC, The Gray Insurance Company, and James M. Lockhart, is reversed. Pursuant to La. Code Civ. P. art. 1734.1, although there was a clerical error in the docket number referenced in the cover letter to the clerk regarding the jury bond, we find the bond was timely paid and received by the clerk. Further, "[t]he right of a litigant to a jury trial is fundamental in character, and the courts will indulge every presumption against a waiver, loss, or forfeiture thereof." **Alkazin v. City of Baton Rouge**, 97-0738 (La. App. 1st Cir. 11/7/97), 705 So.2d 208, 211-12. Therefore, the plaintiffs' motion to strike the jury trial is denied, and the motion to correct the record and transfer and repost the jury bond filed by defendants is granted. The district court is ordered to reinstate a jury trial as requested by defendants, Command Construction Industries, LLC, The Gray Insurance Company, and James M. Lockhart.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT